FILED

01/10/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0709

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0709

IN RE THE MARRIAGE OF:

CHELSEA RENAE WILSON,

Petitioner and Appellee,
and

MARK ALAN WILSON,

Respondent and Appellant.

## AMENDED ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including February 8, 2023, within which to prepare, file, and serve Appellant's opening brief on appeal.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 10 2023